THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOVAN JONES, Also Known as BRUCE BATTLE, Appellant.

Present—Dillon, P. J., Callahan, Doerr, Denman and Schnepp, JJ.